

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2020

No. 04-19-00416-CV

**VILT AND ASSOCIATES, P.C.** and Mediation Centers of America, L.L.C.,
Appellants

v.

Ho Kon **PARKER** and Richard T. Parker,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-19561
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

We have reviewed appellees' motion and appellants' response. We **ORDER** the motion carried with the appeal. The motion will be determined at the time the matter is submitted.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court